TOWNSHIP OF FLORENCE v. THE BOARD OF CHOSEN
FREEHOLDERS OF THE COUNTY OF BURLINGTON.

October 22, 1984.

Petition for certification denied.

MARTIN A. ARMSTRONG v. DIRECTOR,
DIVISION OF TAXATION.

October 22, 1984.

Petition for certification denied.

DOROTHY GOLD v. RUPERT COX v. BOROUGH OF DUMONT.

October 23, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. DALE EVANS.

October 23, 1984.

Petition for certification denied.